UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| CELIA HATTER, et al., | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 17-108-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| CAPITAL ACCOUNTS, LLC, et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is pending for consideration of the plaintiffs' voluntary notice of dismissal of their claims against the remaining defendants.  [Record No. 5]  Specifically, the plaintiffs have agreed to dismiss with prejudice all remaining claims pursuant to the parties' settlement. Accordingly, it is hereby

**ORDERED** as follows:

1.      All claims are **DISMISSED**, with prejudice, pursuant to the plaintiffs' voluntary notices of dismissal [Record Nos. 4, 5].

2.      This matter is **DISMISSED**, and **STRICKEN** from the docket.

This 9th day of June, 2017.



Signed By:
Danny C. Reeves   DCR
United States District Judge

- 1 -